# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0346. SHARLA GAYE ODOM v. JAMES WENDELL BROWN, JR.**

Sharla Gaye Odom filed this application for discretionary appeal, seeking to appeal several orders including an order denying her contempt motion.[1] Because the petition for contempt is based on alleged violations of a divorce decree, jurisdiction lies in the Supreme Court, which has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/15/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although the order was entered January 30, 2012, it was not final because the trial court reserved the issue of attorney fees. See *CitiFinancial Services, Inc. v. Holland*, 310 Ga. App. 480, 481 (713 SE2d 678) (2011); compare *Hill v. Buttram*, 255 Ga. App. 123, 124 (564 SE2d 531) (2002) (reservation of OCGA § 9-15-14 attorney fee issue does not extend time for filing notice of appeal).